NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZOND LLC,**
*Appellant*

**v.**

**THE GILLETTE COMPANY, ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC.,**
*Appellees*

---

2016-1327, 2016-1328, 2016-1419, 2016-1420

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00477, IPR2014-00479, IPR2014-00799, IPR2014-00803, IPR2014-00855, IPR2014-00858, IPR2014-00995, IPR2014-00996, IPR2014-01042, IPR2014-01061.

---

**JUDGMENT**

---

TAREK N. FAHMI, Ascenda Law Group, PC, San Jose, CA, argued for appellant. Also represented by HOLLY J. ATKINSON.

MARK G. MATUSCHAK, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for all appellees. Appellee The Gillette Company also represented by MARK CHRISTOPHER FLEMING, ERIC FLETCHER; DAVID LANGDON CAVANAUGH, Washington, DC.

RYAN KEN YAGURA, O'Melveny & Myers LLP, Los Angeles, CA, for appellee Advanced Micro Devices, Inc. Also represented by XIN-YI ZHOU; BRADLEY GARCIA, Washington, DC.

JOHN JOSEPH FELDHAUS, Foley & Lardner LLP, Washington, DC, for appellees Renesas Electronics Corporation, Renesas Electronics America, Inc. Also represented by PAVAN KUMAR AGARWAL, GEORGE ELLSWORTH QUILLIN; MICHAEL ROBERT HOUSTON, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court